IN RE:  CASE NO. 09-52054-S

DANIEL JOSEPH TACSAR  CHAPTER 7

    Debtor  REPORT OF DIVIDEND
UNDER FIVE DOLLARS

FILED 2010 JUL -6 PM 3:47
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #110 in the amount of $2.27 was issued on June 23, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

    Amt. of Dividend

Claim #5    Ladco Leasing    $  2.27
565 St. Charles Drive, Suite 200
Thousand Oaks, CA 91360

TOTAL:    $  2.27

    _____
    HAROLD A. CORZIN, TRUSTEE
    304 N. Cleveland-Massillon Rd.
    Akron, Ohio 44333
    (330) 670-0770

June 23, 2010

*ck #110*
*receipt #81585*